THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW CARTER, Appellant. [933 NYS2d 593]—

We have reviewed the record and agree with the defendant's assigned counsel that there is no nonfrivolous issue that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2d Dept 2011]; *People v Bowles*, 89 AD3d 171 [2d Dept 2011]; *People v Thomas*, 88 AD3d 974 [2011]). Skelos, J.P., Balkin, Eng and Sgroi, JJ., concur.